IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore)**

| | | |
|---|---|---|
| IN RE: | * | |
| ART INTERIORS, INC. | * | Case No. 09-32557-JS |
| T/A TOP DRAWER | * | |
|    Debtor | * | (Chapter 7) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE CONFIRMING RETURN OF DISTRIBUTION
AND WITHDRAWAL BY COMPTROLLER OF TREASURY OF
<u>CLAIM NO. 238 AND CONFIRMING REDISTRIBUTION OF FUNDS</u>**

MR. CLERK:

      This will confirm that the Comptroller of the Treasury returned its distribution of $8,457.17 in this case on its Priority Claim No. 238 (in the filed amount of $10,000) marked "paid in full," effectively withdrawing its claim. The distribution originally made to the Comptroller (now known as the "Comptroller of Maryland") is being redistributed to other creditors as per the proposed distribution annexed as Exhibit 1.

                              <u>/s/George W. Liebmann</u>
                              George W. Liebmann (Fed. Bar# 01112)
                              LIEBMANN & SHIVELY, P.A.
                              8 W. Hamilton Street
                              Baltimore, MD 21201
                              410-752-5887
                              gliebmann@lspa.comcastbiz.net

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 13th day of May 2015, a copy of the foregoing Line Confirming Return of Distribution and Withdrawal by Comptroller of Treasury of Claim No. 238 and Confirming Redistributiojn of Funds was sent via the Court's electronic notification system CMECF or was mailed first class, postage prepaid to

Alan S. Kerxton, Esq.
11815 Beekman Place
Potomac, MD 20854

Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street
Room 2625
Baltimore, MD  21201

and a copy was mailed first class postage prepaid together with a redistribution check to each of the following creditors:

A.L.F. UNO S.p.A
c/o Virginia & Ambinder, LLP
111 Broadway, Suite 1403
New York, NY 10006-1979

DeCoro USA, LTD
c/o Douglas G. Leney, Esq.
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033-2374

Michael Moody, Jr.
4406 Patuxent Overlook
Bowie, MD 20716-3611

Schnadig Corporation
1208 Eastchester Road
Suite 131
High Point, NC 27265-3167

VF 111-MCDOB, LLC
c/o Velsor Management, LLC
1420 Spring Hill Road
McLean, VA 22102-3006

BB&T Commercial Finance
P. O. Box 310
High Point, NC 27261-0310

Wells Fargo Capital Finance, Inc.
100 Park Avenue
New York, NY 10017-5572

ART Furniture, Inc.
1165 Auto Center Drive
Ontario, CA 91761-2213

Euler Hermes ACI
Agent of Primo Bedding Company, Inc.
800 Red Brook Boulevard
Owings Mills, MD 21117-5173

Nova
6323 Maywood Avenue
Huntington Park, CA 90255-4531

Star International Furniture, Inc.
30322 Esperanza
Suite 100
Rancho Santa Margarita, CA 92688-2138

Star International Furniture, Inc.
DBA Orient Express Furniture
30322 Esperanza
Suite 100
Rancho Santa Margarita, CA 92688-2138

Serta Mattress Co.
8415 Ardmore Road
Hyattsville, MD 20785

World Imports
11000 Roosevelt Boulevard
Philadelphia, PA 19116

Ashley Furniture
P. O. Box 190
Arcadia, WI 54612-0190

Foday H. Sesay
507 Sherwood Mills Court
Sandy Spring, MD 20860-1044

SITCOM
850 42nd Avenue
Oakland, CA 94601-4035

Universal Furniture Int. Inc.
2575 Penny Road
High Point, NC 27265-8334

Adele Call
10385 Kingsbridge Road
Ellicott City, MD 21042-5851

M&T Bank
1100 Wehrle Drive
Williamsville, NY 14221

/s/George W. Liebmann
George W. Liebmann